

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00607-CV

Dorothy **SISAM**, Individually, and
Maximum Transmission Telecom, LLC,
Appellants

v.

**STRATEGIC FUNDING SOURCE, INC.**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 23-316
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of the appeal are taxed against appellants.

SIGNED August 27, 2025.

_____
Rebeca C. Martinez, Chief Justice